Honorable Louise Pearson, Clerk
Court of Criminal Appeals
Box 12308 - Capitol Station
Austin, Texas 78711                    August 16, 2015

IN RE: Cause No. 09-07-07284-CR(1)
          EX Parte: Nathan Ryan Wells
     (Post-Conviction Writ of Habeas Corpus)

Dear Ms. Pearson:

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

     I Am Writing Your Office In
Need of the Court of Criminal Appeals
Assigned Cause No. That Was Assigned
From the Court of Criminal Appeals
When My Writ And the Trial Courts Finding
Of Facts & Conclusions of Law & Order Was
Recieved At the Court of Criminal Appeals
In April 2015.

     If You Could Please Send Me
The Cause No. It Would Be Greatly
Appreciated.

     Thank You For Your Attention
To This Matter

Sincerly,
Nathan Wells #1660792
3060 F.M. 3514
Beaumont, TX 77705